IN THE DISTRICT COURT
FOR THE EASTERN DISTRICT TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DAPHNE HEREFORD, et al<br>Plantiffs/**Counter-Defendant** | } | Case No. 9:15cv26 |
| VS. | } | |
| KATHY CARTLON, et al<br>Defendants/ **Counter-Plaintiffs** | } | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAR 05 2018
BY
DEPUTY

**STATUS REPORT OF DAPHNE HEREFORD'S BANKRUPTCY**

COMES NOW, DAPHNE HEREFORD and submits the following Status Report per Court Order [Dkt. 82] dated October 6, 2016. Counter-Defendant Debtor Hereford has filed the required Reports in compliance with the Court Order [Dkt. 82] as instructed by the Judge.

**The only claims remaining before this Court are COUNTERCLAIMS** filed by Counter-Plaintiffs Kathy Carlton, et al ("Carlton/Riggins").

1. On March 1,, 2018 in **16-90246** The Court Terminated the Bankruptcy Case and entered into PACER "Bankruptcy Case Closed." status.

March 1, 2018

Respectfully submitted,

Daphne Hereford
***ProSe***
16 Meadow View Dr.
Trinity, TX 75862
Phone: 936-744-0048
Email: Daphne@Hereford.co

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of March, 2018, a true and correct copy of the foregoing instrument was served on the following parties of interest by electronic transmission or by first class mail.

Daphne Hereford
***Pro Se***
16 Meadow View Dr.
Trinity, Texas 75862
Telephone: 936-744-0048
Email: Daphne@Hereford.co

Wendy Mills
WB Mills PLLC
3102 Maple Ave, Ste 400
Dallas, Texas 75201

**NatureDebt=Business, MEANSNO, ODSC, CLOSED**

**United States Bankruptcy Court**
**Eastern District of Texas (Lufkin)**
**Bankruptcy Petition #: 16-90246**

*Assigned to:* Chief Judge Bill Parker
Chapter 7
Voluntary
No asset

*Date filed:* 08/23/2016
*Date terminated:* 03/01/2018
*Debtor discharged:* 10/18/2017
*341 meeting:* 09/23/2016
*Deadline for objecting to discharge:* 11/22/2016

*Debtor disposition:* Standard Discharge

***Debtor***
**Daphne A. Hereford**
16 Meadow View Dr
Trinity, TX 75862
TRINITY-TX
SSN / ITIN: xxx-xx-3577

represented by **Stephen J. Zayler**
123 E. Lufkin Avenue
PO Box 150743
Lufkin, TX 75915-0743
(936) 634-1020
Fax : (936)634-1050
Email: zayler@suddenlinkmail.com

***Trustee***
**Michael McNally**
100 E. Ferguson, Suite 400
Tyler, TX 75702
903-597-6301

represented by **Michael McNally**
100 E. Ferguson, Suite 400
Tyler, TX 75702
903-597-6301
Fax : 903-597-6302
Email: michaeljmcnally@suddenlinkmail.com

**Michael J. McNally**
McNally & Patrick, LLP
100 E. Ferguson, Suite 400
Tyler, TX 75710
903-597-6301
Fax : 903-597-6302
Email: michaeljmcnally@suddenlinkmail.com

***U.S. Trustee***
**US Trustee**
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702
(903) 590-1450

| Filing Date | # | Docket Text |
|---|---|---|
| 02/13/2018 | 54 (1 pg) | Order Dismissing Without Prejudice for Want of Prosecution Motion for Relief from Automatic Stay filed by Kathy Carlton, Terry Carlton, Carol Riggins, and Chelsea Riggins *(RE: related document(s)41 Motion for* |

| | | |
|---|---|---|
| | | *Relief from Automatic Stay WITHOUT Waiver of 30-Day Hearing Requirement To Allow Resumption of Suit Brought by Debtor filed by Creditor Carol Riggins, Creditor Chelsea Riggins, Creditor Terry "TC" Carlton, Creditor Kathy Carlton).* (md) (Entered: 02/13/2018) |
| 02/15/2018 | 55 (2 pgs) | Certificate Of Mailing *(RE: related document(s)54 Order Dismissing Without Prejudice for Want of Prosecution Motion for Relief from Automatic Stay filed by Kathy Carlton, Terry Carlton, Carol Riggins, and Chelsea Riggins (RE: related document(s)41 Motion for Relief from Automatic Stay WITHOUT Waiver of 30-Day Hearing Requirement To Allow Resumption of Suit Brought by Debtor filed by Creditor Carol Riggins, Creditor Chelsea Riggins, Creditor Terry "TC" Carlton, Creditor Kathy Carlton). (md)).* Notice Date 02/15/2018. (Admin.) (Entered: 02/15/2018) |
| 03/01/2018 | | Bankruptcy Case Closed (srb) (Entered: 03/01/2018) |

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/01/2018 14:28:25 | | | |
| **PACER Login:** | [redacted] | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 16-90246 Fil or Ent: filed From: 2/1/2018 To: 3/1/2018 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

PRESS FIRMLY TO SEAL

PRIORITY MAIL
EQUIRED

# PRIORITY® ★ MAIL ★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$6.70
US POSTAGE
Flat Rate Env

9405 8036 9930 0600 3080 01 0067 0000 0037 5901

03/02/2018 Mailed from 75862 062S0000000310

PRIORITY MAIL 2-DAY™

DAPHNE A HEREFORD
16 MEADOWVIEW DR
TRINITY TX 75862-6945

Expected Delivery Date: 03/05/18

0006

C010

SHIP TO: COURT CLERK GIBLIN
WARD R BURKE US COURTHOUSE
104 N 3RD ST
LUFKIN TX 75901-9828

USPS TRACKING #



9405 8036 9930 0600 3080 01

Electronic Rate Approved #038555749

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE




This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.